UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD CUSSON,

Plaintiff,

v.  Case No. 6:10-cv-1647-Orl-22DAB

NATIONAL ACTION FINANCIAL
SERVICES, INC.,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, RONALD CUSSON (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: December 16, 2010        Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn
E-mail: Andrew@cardandglenn.com
Florida Bar No. 577261
J. Dennis Card, Jr.
E-mail: Dennis@cardandglenn.com
Florida Bar No. 0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 16, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                               /s Andrew I. Glenn
                                               Andrew I. Glenn

## SERVICE LIST

Barry Jay Warsch, Esq.
Email: bwarsch@boydlawgroup.com
Boyd Richards Parker & Colonnelli, P.L.
100 Southeast 2nd Street, 36th FL
Miami, FL 33131
Telephone: (786) 425-1045
Facsimile: (786) 425-3806
Attorneys for Defendant
Served via CM/ECF