UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD CUSSON,

Plaintiff,

vs.                                                              CASE NO.: 10-cv-1647-Orl-22DAB

NATIONAL ACTION FINANCIAL
SERVICES, INC.,

Defendants
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), the parties to this action submit this Joint Stipulation of Dismissal with prejudice.  The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: December 17, 2010                                       Respectfully submitted,


/s Andrew I. Glenn_____              s/Paul F. Labaki_____
Andrew I. Glenn                                                  Paul F. Labaki, Esq.; Vice-president
E-mail:  Andrew@cardandglenn.com               National Action Financial Services, Inc.
Florida Bar No.:  577261                                    Email: plabaki@nafs.net
J. Dennis Card, Jr.                                              National Action Financial Services
E-mail:  Dennis@cardandglenn.com                 165 Lawrence Bell Drive, Suite 100
Florida Bar No.  0487473                                  Williamsville, NY 14221
Card & Glenn, P.A.                                            Telephone: (716) 650-6222
2501 Hollywood Boulevard, Suite 100            Facsimile: (716) 650-6268
Hollywood, Florida 33020                                 Defendant, *Pro Se*
Telephone:  (954) 921-9994
Facsimile:  (954) 921-9553
Attorneys for Plaintiff