# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RONALD CUSSON,

                    Plaintiff,

-vs-                                    Case No.  6:10-cv-1647-Orl-22DAB

NATIONAL ACTION FINANCIAL
SERVICES, INC.,

                    Defendant.
_____

## ORDER OF DISMISSAL

Upon the Joint Stipulation for Dismissal with Prejudice (Doc. No. 10) filed

December 17, 2010, it is **ORDERED** and **ADJUDGED** that

    1.      This cause is hereby **DISMISSED WITH PREJUDICE** in accordance

with Federal Rule of Civil Procedure 41(a)(1)(ii).

    2.      Any pending motions are hereby **DENIED** as moot.

    3.      The Clerk is directed to **CLOSE** the file.

    **DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 17, 2010.

Copies furnished to:

Counsel of Record
Paul F. Labaki, Esq. (Courtesy Copy)

ANNE C. CONWAY
United States District Judge